UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB 21  AM 7: 37

LORETTA G. WHYTE
        CLERK
```

| | | |
|---|---|---|
| **WEBBANK CORPORATION** | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4188 |
| **VERSUS** | * | |
| | * | SECTION " L " |
| **PAMELA S. MILLER AND** | * | |
| **HERBERT MATTHEW CHAMBERS** | * | MAG. " 4 " |
| | * | |
| | * | JUDGE ELDON E. FALLON |

## ORDER

Upon consideration of the EX-PARTE MOTION TO REFER COMPLAINT TO RESCIND CONVEYANCE OR IN THE ALTERNATIVE A DECLARATORY JUDGMENT OF A SIMULATED SALE TO UNITED STATES BANKRUPTCY COURT,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter be referred to the United States Bankruptcy Court, Eastern District of Louisiana, Division B.

SIGNED at New Orleans, Louisiana, this _15th_ day of _February_, 2006.

_____
UNITED STATES DISTRICT JUDGE

```
__ Fee_____
__ Process___
X  Dktd_____
__ CtRmDep__
__ Doc. No__
```

4